IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Address 401 Conser Street, Winnebago, NE 68071<br>See Attachment A for additional details | 8:17MJ203<br><br>MOTION TO RESTRICT |

   COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to restrict the Application for a Search Warrant and Affidavit. (Filing No. 1).

                              UNITED STATES OF AMERICA, Plaintiff

                              JOSEPH P. KELLY
                              United States Attorney
                              District of Nebraska

                        By:   *s/ Lecia E. Wright*
                              LECIA E. WRIGHT, #24562
                              Assistant U.S. Attorney
                              1620 Dodge Street, Suite 1400
                              Omaha, NE  68102-1506
                              Tel:  (402) 661-3700
                              Fax:  (402) 661-3084
                              E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

   I hereby certify that on June 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

                              *s/ Lecia Wright*
                              Assistant U.S. Attorney